

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

---

*Bradley A. Harsch*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*bradley.harsch@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2090*

April 3, 2026

**BY ECF**
Hon. Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

> **Re:** ***Carlos Parapi Huilca v. Pam Bondi**, et al.,* **Civil No. 26-2940;**
> **Update Regarding Bond Hearing.**

Dear Judge Salas:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's March 23, 2026, Text Order, ECF No. 2, to confirm that Petitioner received a bond hearing on April 2, 2026. At that hearing, an Immigration Judge granted Petitioner's request for release under bond of $15,000. *See* Ex. A.

We therefore respectfully request that Your Honor close this case.

The Court previously ordered that Petitioner receive a bond hearing under 8 U.S.C. § 1226(a). (D.E. No. 2). The bond hearing has now occurred, and the Immigration Judge ordered Petitioner be released from custody on bond. (D.E. No. 5 at 1; D.E. No. 5-1 at 1). Having granted Petitioner all available relief, no further issues remain for adjudication. The Court hereby LIFTS its Order (D.E. No. 2) prohibiting Petitioner's transfer from the District of New Jersey and his removal from the United States pending further order of this Court. The Clerk of Court shall CLOSE this matter.

**SO ORDERED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Date: April 6, 2026**